UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **Luis Ivan: Poblete** <br> 4130 16th Street NW <br> Washington DC 20011 <br><br> Plaintiff <br><br> v. <br><br> **Residential Credit Opportunities Trust** <br> 2999 Westminster Avenue <br> Seal Beach California 90740 <br><br><br> Defendant | IN EXCLUSIVE EQUITY <br><br> Case: 1:17-cv-02555 <br> Assigned To : Mehta, Amit P. <br> Assign. Date : 11/29/2017 <br> Description: Pro Se Gen. Civil <br><br> PETITION IN EQUITY |

## COMPLAINT AND TRO PETITION IN EQUITY FOR EMERGENCY INJUNCTIVE RELIEF

COMES NOW Plaintiff, Luis Ivan: Poblete, and states the following:

**PARTIES**

1. Plaintiff is Luis Ivan: Poblete residing at 4130 16th Street NW Washington DC 20011

2. Defendant is Residential Credit Opportunities Trust, residing at 2999 Westminster Avenue Seal Beach California 90740.

## ACCEPTANCE OF OATH

3. Plaintiff hereby accepts the constitutional oath of office of the Judge presiding in this case, the Judge having solemnly sworn (or affirmed) to support, obey and defend the Constitution of the United States.

## JURISDICTION

4. Plaintiff invokes the Court's diversity jurisdiction in exclusive Equity pursuant to Article III, Section 2, subdivision 1 of the Constitution of the United States.

5. Further, Plaintiff hereby releases and discharges the Court from any obligation to impose an emergency war powers military due process of law.

6. Further, Plaintiff hereby indemnifies the Court, by means of a private equitable asset of the Estate of LUIS IVAN POBLETE, should the Court, for some unforeseen reason, be held liable for not imposing an emergency war powers military due process of law.

## STATEMENT OF FACTS

7. Plaintiff, seeking to do equity that he may be given equity by this Court, has found a Subrogee to tender payment for the amount of Defendants Alleged claim in the amount of **$2,200,000.00** USD (*Exhibit 1—Private Bill of Exchange, Banknote with Allonge and State Court Decree*)

The facts are as follows:

    a. Subrogee, **Eric Jon: Phelps**, a Pre-March 9, 1933, Private Citizen of the

United States / Private American National / Non-"U.S. citizen," holds equitable title by nature to the Name and Estate of ERIC JON PHELPS, good against all the world by State Court Decree. (*Exhibit 2—Decree*)

b. As a result of Plaintiff's alleged default, Defendant purchased Plaintiff's property, having paid **$730,317.33** USD for said property valued in the amount of **$1,000,000.00** USD, Residential Credit Opportunities Trust, grantee/foreclosing beneficiary, taking a loss of over **$200,000.00** USD.

c. Subrogee declares Defendant's "Trustee's Deed Upon Sale" to be a mortgage due to the Emergency Banking Relief Act (12 USC 95a), the act being in fact "*a mortgage on all the homes and other property of all the people of the nation.*" (*Exhibit 3—Congressional Record of March 9, 1933, with Affidavit*)

d. Subrogee, holding equitable title by nature, as opposed to Defendant's inferior title by characteristic, has accepted and claimed said "Trustee's Deed Upon Sale," now a mortgage, to be a liability of his Estate.

e. Subrogee, having the equitable right of redemption, has tendered a Private Bill of Exchange (BoE) for discharge, for value of the Deed plus interest and costs, on behalf of Plaintiff, in the amount of Two Million, Two-Hundred Thousand dollars (**$2,200,000.00**), and was mailed via Registered Mail RF 160 187 362 US on 17th November 2017 to the Department of the Treasury, Office of the Executive Secretary 1500 Pennsylvania Avenue NW Room 3413 Washington

DC 20220 and **Delivered, Tendered Paid on 24th November 2017** in the spirit and intent of the Court's 12 USC 95a(2). Exhibit 4

*(Exhibit 4 — Affidavit of Luis Ivan: Poblete and tracking for RF 160 187 362 US)*

 f. Subrogee's first purpose and intent is to make Defendant whole on behalf of Plaintiff pursuant to the value of said mortgaged property, though Plaintiff never consented to said non-judicial foreclosure and loss of his property. Said Private BoE is well over **$1,200,000.00** USD in excess of the obligation.

 g. Subrogee's second purpose and intent is to enable Petitioner to remain and reside on his property, holding all right, title and interest thereto without lien or encumbrance.

 h. Subrogee's third purpose and intent is to enable Plaintiff to make whole Residential Credit Opportunities Trust, the grantee/foreclosing beneficiary, taking a loss at the sale of said property in excess of **$200,000.00** USD.

 i. Subrogee's fourth purpose and intent is to provide a security instrument for the use of the United States Government in its financial activities.

## CLAIMS IN EQUITY

8. Plaintiff has accepted Subrogee's tender of payment on his behalf.

9. Plaintiff, having no remedy at law, claims the equitable right to be made whole based upon Subrogee's equitable redemption on his behalf. For certain maxims of our beloved English/American equity jurisprudence are clear:

a. *Equity suffers not advantage to be taken of a penalty or a forfeiture, where compensation can be made;*

b. *Equity will not suffer a wrong to be without a remedy;*

c. *Equity abhors a forfeiture;*

d. *Equity delights to do complete justice and not by halves;*

e. *He who comes into equity must come with clean hands;*

f. *Equity will take jurisdiction to avoid a multiplicity of suits;*

g. *Equity looks to the intent or substance rather than to form;*

h. *He who occasioned the loss must bear the burden;*

i. *Principles govern rather than precedents;*

j. *When there is a conflict between the rules of law and the rules of equity, the rules of equity shall prevail;*

k. *Equity regards that as done, which should be done;*

l. *Equity regards the beneficiary as the true owner;*

m. *Equity and Purity are synonymous terms.*

## LOWER COURT ERRORS

10. Plaintiff claims the lower Superior Court of the District of Columbia Landlord Tenant Branch errored in entering a final judgment known as a Writ of Restitution by:

a. Dishonoring Subrogee's Private Bill of Exchange thereby denying equitable redemption on behalf of Plaintiff and therefore;

b. Violated the spirit and intent of 12 USC 95a(2) and/or 50 USC 4305(b)(2).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays the Court, sitting in exclusive Equity:

a. Grant emergency injunctive relief in the form of a temporary restraining order against lower court's order giving Defendant possession of property in question;

b. Make Subrogee whole by discharging the obligation of Plaintiff, now an obligation of Subrogee's Trust Estate;

c. Make Defendant whole, the money of account discharging Subrogee's obligation to be paid to Defendant;

d. Make Plaintiff whole, all right, title and interest in said property to be decreed to Plaintiff, without lien or encumbrance;

e. Grant any other relief doing complete justice, decreeing what is fair, just and right pursuant to the maxims of equity jurisprudence.

Respectfully submitted,

*[signature]* 29 Nov 2017

Luis Ivan: Poblete, Plaintiff

## VERIFICATION

I, Luis Ivan: Poblete, verify and make oath before God the Father and His blessed Son, the risen Lord Jesus Christ, that the statements made in this Petition are true and correct to the best of my knowledge, information and belief.

Date: 23 NoJ 2017

_____
Luis Ivan: Poblete,   Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on November 28th, 2017, a correct copy of the foregoing "COMPLAINT AND TRO PETITION IN EQUITY FOR EMERGENCY INJUNCTIVE was hand couriered by PCF SURFACE DELIVERY and served on Defendant.

**Party(ies) Served:**
**Residential Credit Opportunities Trust**
**2999 Westminster Avenue**
**Seal Beach California 90740**

_____ 22 NoJ 2017
Luis Ivan: Poblete,   Plaintiff